# HAYNES BOONE

*thomas.williams@haynesboone.com*
*Direct Dial: (817) 347-6625*

ACCEPTED
15-24-00081-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/11/2025 4:00 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/11/2025 4:00:25 PM
CHRISTOPHER A. PRINE
Clerk

March 11, 2025

Mr. Christopher A. Prine, Clerk                              *Via efiling*
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re:   No. 15-24-00081-CV; *City of Dallas v. Ken Paxton, Attorney General of Texas and The Dallas Morning News, Inc.*

Dear Mr. Prine:

This letter is to notify the Court that I will be presenting oral argument on behalf of Appellee The Dallas Morning News, Inc. in the above-referenced case on March 25, 2025, at 1:00 p.m. in Room 2.306, Eidman Courtroom, University of Texas School of Law, 727 East Dean Keeton, Austin, Texas 78705.

Thank you for your courtesy and assistance.

Respectfully submitted,

*/s/ Thomas J. Williams*
Thomas J. Williams
thomas.williams@haynesboone.com
State Bar No. 21578500
Telephone:  (817) 347-6600
Telecopier:  (817) 347-6650
Attorney for Appellee
The Dallas Morning News, Inc.

cc:  All counsel of record                              *Via E-service*

4905-5525-1239 v.1

**Haynes and Boone, LLP** | 301 Commerce Street | Suite 2600 | Fort Worth, TX 76102
T: 817.347.6600 | haynesboone.com

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Seasyn Ruvalcaba on behalf of Thomas Williams
Bar No. 21578500
seasyn.ruvalcaba@haynesboone.com
Envelope ID: 98334564
Filing Code Description: Letter
Filing Description: Letter regarding Oral Argument
Status as of 3/11/2025 4:22 PM CST

Associated Case Party: KenPaxton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christian Young | | christian.young@oag.texas.gov | 3/11/2025 4:00:25 PM | SENT |
| Kathy Johnson | | kathy.johnson@oag.texas.gov | 3/11/2025 4:00:25 PM | SENT |
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 3/11/2025 4:00:25 PM | SENT |

Associated Case Party: City of Dallas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicholas Palmer | | nicholas.palmer@dallas.gov | 3/11/2025 4:00:25 PM | SENT |

Associated Case Party: The Dallas Morning News, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thomas J.Williams | | thomas.williams@haynesboone.com | 3/11/2025 4:00:25 PM | SENT |
| William ReidPillifant | | reid.pillifant@haynesboone.com | 3/11/2025 4:00:25 PM | SENT |